**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-03630-DOC-JDEx                                                      Date:  May 22, 2024

Title: Melissa Ryan v. Loandepot, Inc.

---

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED**

This matter is before the Court *sua sponte*. This case seems to involve similar issues as the ones raised in 8:24-cv-00136-DOC-JDE (the "*Isaiah* Matter"). Although Federal Rule of Civil Procedure 42(a) gives the Court has the authority to consolidate this case into the *Isaiah* Matter on its own motion, *see In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987), the Court will provide Plaintiff an opportunity to address the issue.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by May 28, 2024 why this case should not be consolidated with the *Isaiah* Matter.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                      Initials of Deputy Clerk: djl
CIVIL-GEN