JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-03630-DOC-JDEx | Date: May 29, 2024 |

Title: Melissa Ryan v. Loandepot, Inc.

---

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **ORDER CONSOLIDATING AND ADMINISTRATIVELY CLOSING CASE**

The Court previously issued an order to show cause why this case should not be consolidated with a related case. *See* Order to Show Cause (dkt. 13). The deadline for Plaintiff to respond has passed, and she has not responded. The Court construes Plaintiff's failure to respond to the Order as a concession that consolidation is warranted. *See Ramirez v. Ghilotti Bros. Inc.*, 941 F. Supp. 2d 1197, 1210 (N.D. Cal. 2013) (holding that not responding to an argument constitutes a concession of the issue).

Accordingly, the Court **ORDERS** this case be consolidated with Daroya Isaiah v. loanDepot, Inc. (8:24-cv-00136-DOC-JDE). This case shall be administratively closed, and all future filings, including a new request for clerk to issue summons, shall be made under 8:24- cv-00136-DOC-JDE.

The Clerk shall serve this minute order on the parties.

| | |
|---|---|
| MINUTES FORM 11 | Initials of Deputy Clerk: kdu |
| CIVIL-GEN | |